STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PATRICK ANTHONY RAGUSA, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Ervan F. Kushner* for the petitioners.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry* for the respondent.

January 28, 1963.   Denied.

LUELLA PLATT, PETITIONER-PETITIONER, v. UNION NEWS COMPANY, RESPONDENT-RESPONDENT.

See same case below: 76 *N. J. Super.* 340.

*Mr. Charles Handler* and *Mr. Alan B. Handler* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Paul B. Thompson* for the respondent.

January 28, 1963.   Denied.